UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE DAVENPORT                                    CIVIL ACTION

VERSUS                                              NO. 22-1277

TIM HOOPER, *et al.*                                SECTION M (5)

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation (the "R&R") of the United States Magistrate Judge,[1] and the plaintiff's objections to the R&R,[2] the Court hereby approves the R&R and adopts it as its opinion in this matter. The objections simply reiterate arguments that were thoroughly addressed and rejected by the magistrate judge in his well-reasoned and fully supported R&R. Accordingly,

IT IS ORDERED that plaintiff's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2554 is DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 25th day of May, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 28.
[2] R. Doc. 29.